AO 442 (Rev 11/11) Arrest Warrant    Sealed

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PA

RECEIVED
UNITED STATES MARSHAL
2018 SEP 27 AM 11:32
EASTERN DISTRICT OF
PENNSYLVANIA

United States of America
v.

JAMES MASON A/K/A "HOV"
*Defendant*

Case No.  18-315-20

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES MASON A/K/A "HOV"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 846 CONSPIRACY TO DISTRIBUT CONTROLLED SUBSTANCES
21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN
21:860 DISTRIBUTION OF CONTROLLED SUBSTANCES WITHIN 1,000 FEET OF A SCHOOL

Date: 09/27/2018

KIRK KOPACZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9-27-18, and the person was arrested on *(date)* 9-28-18
at *(city and state)* PA

Date: 9-28-18

S/A Popolow DEA
*Arresting officer's signature*

*Printed name and title*