# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES MASON** | : | No.   18-315-20 |

# O R D E R

**AND NOW,** this 11th day of January, 2019, upon consideration of the Defendant's Motion to Preclude the Issuance of Blanket Protective Order and Amended Motion to Preclude the Issuance of Blanket Protective Order (Doc. Nos. 118 and 121), for the reasons stated on the record at a hearing on December 13, 2018, it is **ORDERED** that the Motions are **MOOT**.

BY THE COURT:

 /s/   Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge